IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**BRANDY LEE WARD,**

    *Petitioner*,

v.                                       Case No.: 4:24cv217-MW/MAL

**WARDEN SULSBERRY, ACTING WARDEN, F.C.I. TALLAHASSEE.,**

    *Respondent*.

_____/

**ORDER ACCEPTING AND ADOPTING**
**REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 6. The Magistrate Judge recommends that Petitioner's 28 U.S.C. § 2241 petition be dismissed because Petitioner failed to comply with two orders from this Court. *See id*. This Court has independently verified that the Magistrate Judge's Report and Recommendation has not been returned as undeliverable. Accordingly, upon consideration, no objections having been filed by the parties,

    **IT IS ORDERED:**

    1. The report and recommendation, ECF No. 6, is **accepted and adopted** as this Court's opinion.

    2. Petitioner's 28 U.S.C. § 2241 petition, ECF No. 2, is **DISMISSED**

**without prejudice**.

3. The Clerk shall enter judgment stating, "Petitioner's 28 U.S.C. § 2241 petition, ECF No. 2, is **DISMISSED without prejudice** under Federal Rule of Civil Procedure 41(b)."

4. The Clerk shall close the file.

**SO ORDERED on August 28, 2024.**

                                          <u>s/Mark E. Walker</u>
                                          **Chief United States District Judge**